IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEAF TRADING CARDS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-3200-N-BT |
| | § | |
| THE UPPER DECK COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

This Order addresses Defendant The Upper Deck Company's ("Upper Deck") motion to bifurcate and set order of proof [342]. While the Court has discretion to bifurcate trials under Federal Rule of Civil Procedure 42(b), the Court declines to bifurcate Upper Deck's claims from Plaintiff Leaf Trading Cards, LLC's claims. *See* FED. R. CIV. P. 42(b). Accordingly, the Court denies Upper Deck's motion to bifurcate. The Court will address the order of proof at the pretrial conference.

Signed February 5, 2020.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE