IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| LEAF TRADING CARDS, LLC | § § § | |
| Plaintiff, | § § | Civil Action No. 3:17-cv-3200 |
| v. | § § | |
| THE UPPER DECK COMPANY, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## ORDER GRANTING AGREED MOTION

Pending before the Court is Leaf Trading Cards, LLC and The Upper Deck Company's Agreed Motion for Entry of Trial Date. Having considered the Agreed Motion, it is hereby **GRANTED**. Therefore, it is hereby **ORDERED**:

This matter is set for trial beginning **December 1, 2021**.

The pretrial conference will be set by separate order or notice, for a date no later than **November 12, 2021**.

SIGNED this 12th day of February 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

Agreed:

/s/ *Mallory Biblo*
Warren T. Burns (TX Bar No. 24053119)
Will Thompson (TX Bar No. 24094981)
Mallory Biblo (TX Bar No. 24087165)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
whompson@burnscharest.com
mbiblo@burnscharest.com

**Attorneys for
Leaf Trading Cards, LLC**


/s/      *Edwin Buffmire*
Craig M. Nicholas (*pro hac vice*)
**NICHOLAS & TOMASEVIC LLP**
225 Broadway, Floor 19
San Diego, California 92101
Phone: 619-325-0492
Fax: 619-325-0496
cnicholas@nicholaslaw.org

Edwin Buffmire
State Bar No. 24078283
Eric D. Wong
State Bar No. 24102659
**Jackson Walker LLP**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Phone: 214-953-5939
Fax: 214-953-5822
ebuffmire@jw.com
ewong@jw.com

**Attorneys for
The Upper Deck Company**

2