IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEAF TRADING CARDS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-3200-N |
| | § | (Consolidated with 3:18-cv-0513-N) |
| THE UPPER DECK COMPANY, | § | |
| | § | |
| Defendant | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

The Upper Deck Company ("Upper Deck") and Leaf Trading Cards, LLC ("Leaf") have settled the instant matter and now hereby respectfully submit this Agreed Motion for Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

On November 21, 2017, Upper Deck filed its Complaint against Leaf in the United States District Court for the Southern District of California, Case No. 3:17-cv-02364-BEN-BLM. On November 22, 2017, Leaf Cards filed its Complaint against Upper Deck in the Northern District of Texas, Case No. 3:17-cv-3200-N. Ultimately, the two cases were consolidated in the Northern District of Texas under the later filed *Leaf v. Upper Deck* matter. Upper Deck filed its operative Counterclaim on September 28, 2018 (ECF No. 109) in the consolidated *Leaf v. Upper Deck* matter. Leaf filed its operative complaint on January 25, 2019 (ECF No. 143) in the consolidated *Leaf v. Upper Deck* matter.

The parties have fully resolved their claims against each other.

Agreed Motion for Dismissal with Prejudice – 1

IT IS HEREBY STIPULATED by and between The Upper Deck Company, on the one hand, and Leaf Trading Cards, LLC, on the other hand, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice, with each party to bear its own costs and attorney's fees incurred in this action.

Respectfully Submitted,

/s/ Shaun Markley
Craig M. Nicholas (*pro hac vice*)
Shaun Markley (*pro hac vice*)
Jake W. Schule (*pro hac vice*)
**NICHOLAS & TOMASEVIC LLP**
225 Broadway, Floor 19
San Diego, California 92101
Phone: 619-325-0492
Fax: 619-325-0496
cnicholas@nicholaslaw.org
smarkley@nicholaslaw.org
jschulte@nicholaslaw.org

Edwin Buffmire (TX SBN 24078283)
Eric D. Wong (TX SBN 24102659)
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Phone: 214-953-5939
Fax: 214-953-5822
ebuffmire@jw.com
ewong@jw.com

Attorneys for The Upper Deck Company

/s/ Warren T. Burns
Warren T. Burns (TX Bar No. 24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550

Facsimile: (469) 444-5002
wburns@burnscharest.com

Attorneys for Plaintiff
Leaf Trading Cards, LLC

Case 3:17-cv-03200-N-BT   Document 481   Filed 04/28/22   Page 3 of 4   PageID 17575

## CERTIFICATE OF SERVICE

On April 28, 2022, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the Court's electronic filing system. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b).

/s/ Shaun Markley