IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEAF TRADING CARDS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:17-cv-3200-N (Consolidated with 3:18-cv-0513-N) |
| THE UPPER DECK COMPANY, | § § | |
| Defendant | § | |

## ORDER GRANTING
## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Having considered the parties' Agreed Motion for Dismissal with Prejudice and for good cause appearing, it is ORDERED that:

1. The Agreed Motion is Granted.

2. Each party's claims in this consolidated action are DISMISSED WITH PREJUDICE.

3. Per stipulation of the parties, each party shall bear and remain responsible for its own respective costs and fees, including any attorney's fees.

SIGNED April 29, 2022.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE